**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
KENDALL A. LAYNE, SB# 99859
  E-Mail: Kendall.Layne@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants Kent F. Larsen and Smith Larsen & Wixom, Chartered (incorrectly sued as Smith Larsen & Wixom)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AUDREY KRAMER,<br><br>  Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., KENT F. LARSEN ESQ., SMITH LARSEN & WIXOM, AND DOES 1 THROUGH 25 INCLUSIVE,,<br><br>  Defendants. | Case No. 4:21-CV-04266-PJH<br><br>Date:      October 7, 2021<br>Time:      1:30 p.m.<br>Courtroom: 3, Oakland Courthouse<br>Judge:     Hon. Phillis J. Hamilton<br><br>**[PROPOSED] ORDER ON MOTION BY DEFENDANTS KENT F. LARSEN AND SMITH LARSEN & WIXOM, CHARTERED (INCORRECTLY SUED AS SMITH LARSEN & WIXOM), CHARTERED TO TRANSFER CASE TO DISTRICT OF NEVADA, OR DISMISS FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, OR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Judge:   Hon. Phillis J. Hamilton<br><br>Trial Date:      None Set |

In response to the Complaint of Audrey Kramer, in Pro Per, Defendants Kent F. Larsen and Smith Larsen & Wixom, Chartered (sued as Smith Larsen & Wixom) have moved to have the case transferred to the District of Nevada, under 28 U.S.C. section 1406, in the interest of justice, on the ground that venue is improper in this District, but is proper in the District of Nevada, where they assert personal jurisdiction may properly be exercised over all Defendants; or alternatively, if

the Court does not agree that venue is improper here, to transfer the case to the District of Nevada for the convenience of the parties and witnesses under 28 U.S.C. section 1404; or if the Court is not inclined to transfer the case, to dismiss it, either under section 1406 and Rule 12(b)(3); or for lack of personal jurisdiction, under Rule 12(b)(2); or for failure to state a claim upon which relief can be granted against the moving Defendants.  The moving Defendants have also served and filed a Notice of Pending Action or Proceeding formally alerting the Court to the pending action in the Nevada District Court in which the judgment that Plaintiff seeks equitable relief from in this Court was entered (and the Ninth Circuit appeal from the order of the Nevada District Court denying the motion to set aside the judgment in that Court).

      Having considered the papers filed in support of the motion, Plaintiff's opposition thereto, and the reply to the opposition, and good cause appearing, the Court finds that venue is not properly laid in this District under the applicable venue statute; 28 U.S.C. section 1391, and that venue does appear to be proper in the District of Nevada under section 1391 (b)(2); in the interest of justice, especially as there does not appear to be an adequate basis for exercising personal jurisdiction over the moving Defendants in this Court, but it appears that personal jurisdiction can properly be acquired and exercised over all Defendants in the District of Nevada, and that Court, by reason of its handling of the other action pending, Case No. 3:18-cv-00001-MMD-WGC, styled *Leo Kramer and Audrey Kramer v JPMorgan Chase Bank, N.A., et al.,*  appears to be a more appropriate court to address the issues raised in this action, it is hereby ordered that this case be transferred to the District of Nevada for all purposes.

SO ORDERED.

Hon. Phillis J. Hamilton
Senior District Judge

4841-0216-2932.1     2     Case No. 4:21-CV-04266-PJH
ORDER ON MOTION TO TRANSFER OR DISMISS CASE

# CERTIFICATE OF SERVICE
Audrey Kramer v. JPMorgan Chase Bank, et al.,
U.S. District Court, California Northern District (Oakland)

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 10, 2021, I served the following document(s):

[PROPOSED] ORDER ON MOTION BY DEFENDANTS KENT F. LARSEN AND SMITH LARSEN & WIXOM, CHARTERED (INCORRECTLY SUED AS SMITH LARSEN & WIXOM), CHARTERED TO TRANSFER CASE TO DISTRICT OF NEVADA, OR DISMISS FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, OR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

I served the document on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Audrey Kramer<br>2364 Redwood Road<br>Hercules, CA 94547<br>Tel:510.708.9100<br>Email: audreykramer55@yahoo.com<br><br>Plaintiff, In Pro Per | Kristin Suzanne Webb<br>Bryan Cave LLP<br>3161 Michelson Drive, Suite 1500<br>Irvine, CA 92612<br>Tel: 949.223.7117<br>Email: webbk@bryancave.com<br><br>Attorney for Defendant JPMorgan Chase Bank, N.A. |

The document was served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 10, 2021, at San Francisco, California.

*/s/ Dennille Harris*
Dennille Harris